# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEROME RICHARDSON, :
:
    Petitioner, :
:
v. : No. 4:18-CV-1749
:
WARDEN EBBERT, : (Judge Brann)
:
    Respondent. :

## ORDER

**AND NOW**, this 27th day of September 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner's *in forma pauperis* application is **GRANTED** for the sole purpose of the filing of this action with this Court.

2. Richardson's habeas corpus petition is **TRANSFERRED** to the United States District Court for the Northern District of Ohio for consideration by the sentencing court.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

                                  BY THE COURT:

                                  *s/ Matthew W. Brann*
                                  Matthew W. Brann
                                  United States District Judge